FILED
2010 DEC 14 P 5:32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

John Alroy Pettis - #051334

CV 10 80 311 MISC

VRW

**ORDER TO SHOW CAUSE**

It appearing that John Alroy Pettis has been suspended for two years by the Supreme Court of California effective November 25, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before January 28, 2011 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

John Alroy Pettis
Attorney At Law

John A. Pettis & Associates
180 Golf Club Rd # 105
Pleasant Hill, CA 94523-1526