**FILED**

FEB 15 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:            No CV 10 80311 MISC VRW

John Alroy Pettis,
                             ORDER
State Bar No 51334
_____/

On December 14, 2010, the court issued an order to show cause (OSC) why John Alroy Pettis should not be removed from the roll of attorneys authorized to practice law before this court, based upon his two-year suspension by the Supreme Court of California, effective November 25, 2010.

The OSC was mailed to Mr Pettis's address of record with the State Bar on December 16, 2010. A written response was due on or before January 28, 2011. No response to the OSC has been filed as of this date.

The court now orders John Alroy Pettis removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

John Alroy Pettis,

_____/

Case Number: CV10-80311 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Alroy Pettis
John A Pettis & Associates
180 Golf Club Rd #105
Pleasant Hill, CA 94523-1526

Dated: February 15, 2011

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*